

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00605-CR

Julian Andrew **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5210
The Honorable Laura Lee Parker, Judge Presiding

## **O R D E R**

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on February 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court